Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
Jonah.grossbardt@sriplaw.com
Matthew.rollin@sriplaw.com

Attorneys for Plaintiff
MINDEN PICTURES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LABROOTS, INC, <br><br> Defendant. | Case No.: <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **Demand for Jury Trial** |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff Minden Pictures, Inc. by and through its undersigned counsel, brings this Complaint against Defendant LabRoots, Inc for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff Minden Pictures, Inc. ("Minden") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Minden's original copyrighted Work of authorship in its Work.

2.      Minden Pictures, Inc. is recognized as the premier provider of rights managed wildlife and nature stock photos and feature stories. MPI's collection covers key aspects of natural history, ecology, biodiversity, and endangered species from all continents including many remote and isolated regions. MPI also features images of human interaction with the natural world highlighting natural science research, conservation, environmental issues, indigenous peoples, and eco travel.

3.      Defendant LabRoots, Inc ("LabRoots") is the leading scientific social networking website, offering top scientific trending news and premier educational virtual events and webinars. Contributing to the advancement of science through content sharing capabilities, LabRoots is a powerful advocate in amplifying global networks and communities. Offering more than articles and webcasts that go beyond the mundane and explore the latest discoveries in the world of science, LabRoots users can stay atop their field by gaining continuing education credits from a wide range of topics through their participation in the webinars and virtual events. At all times relevant to herein, LabRoots, Inc. is the owner of the website located at the URL "https://www.labroots.com/" (the website).

4.      Minden alleges that LabRoots copied Minden's copyrighted Work from the internet in order to advertise, market and promote its business activities. LabRoots committed the violations alleged in connection with LabRoots's business for purposes of advertising and promoting sales to the public in the course and scope of the LabRoots's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in California.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district,

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

### DEFENDANT

9. LabRoots, Inc is a Delaware Corporation, with its principal place of business at 18340 Yorba Linda Blvd, Suite 107 PMB 427, Yorba Linda, CA 92886, and can be served by serving its Registered Agent, Mr. Donad J. Cruikshank, at the same address.

### THE COPYRIGHTED WORK AT ISSUE

10. In 1996, Minden created the photograph entitled 00091291, which is shown below and referred to herein as the "Work".



11. Minden registered the Work with the Register of Copyrights on February 18, 1997 and was assigned the registration number VA 847-928. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Minden was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

13. LabRoots has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, LabRoots copied the Work.

15. On or about November 18, 2018, Minden discovered the unauthorized use of its Work.

16. LabRoots copied Minden's copyrighted Work without Minden's permission.

17. After LabRoots copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its social networking website.

18. LabRoots copied and distributed Minden's copyrighted Work in connection with LabRoots's business for purposes of advertising and promoting LabRoots's business, and in the course and scope of advertising and selling products and services.

19. Minden's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. LabRoots committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Minden never gave LabRoots permission or authority to copy, distribute or display the Work at issue in this case.

22. Minden notified LabRoots of the allegations set forth herein on December 12, 2019 and January 8, 2020. To date, LabRoots has failed to respond to Plaintiff's Notices.

## COUNT I

## COPYRIGHT INFRINGEMENT

23. Minden incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Minden owns a valid copyright in the Work at issue in this case.

25. Minden registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. LabRoots copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Minden's authorization in violation of 17 U.S.C. § 501.

27. LabRoots performed the acts alleged in the course and scope of its business activities.

28. LabRoots's acts were willful.

29. Minden has been damaged.

30. The harm caused to Minden has been irreparable.

## COUNT II

WHEREFORE, the Plaintiff prays for judgment against the Defendant LabRoots, Inc that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e.    Plaintiff be awarded pre- and post-judgment interest.

**JURY DEMAND**

Plaintiff Minden Pictures, Inc. hereby demands a trial by jury of all issues so triable.

DATED: May 10, 2021                              Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Minden Pictures, Inc.*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK