| | |
|---|---|
| Jonah A. Grossbardt (SBN 283584) | Ronald P. Oines (SBN 145016) |
| Matthew L. Rollin (SBN 332631) | **RUTAN & TUCKER, LLP** |
| **SRIPLAW** | 18575 Jamboree Road |
| 8730 Wilshire Boulevard | 9th Floor |
| Suite 350 | Irvine, CA 92612 |
| Beverly Hills, CA 90211 | (714) 662-4645 - Telephone |
| 323.364.6565 – Telephone | (714) 546-9035 - Facsimile |
| 561.404.4353 – Facsimile | roines@rutan.com |
| jonah.grossbardt@sriplaw.com | |
| matthew.rollin@sriplaw.com | *Attorneys for Defendant* |
| | LabRoots, Inc |
| *Attorneys for Plaintiff* | |
| MINDEN PICTURES, INC. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., | Case No.: 8:21-cv-00870-JLS(JDEx) |
| Plaintiff, | |
| vs. | **STIPULATION OF SETTLEMENT** |
| LABROOTS, INC, | |
| Defendant. | |

Plaintiff MINDEN PICTURES, INC. and Defendant LABROOTS, INC by and through their undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notify the Court that the parties have reached a settlement and request until November 15, 2021 in which to file a Stipulation of Dismissal.

DATED: October 15, 2021

| | |
|---|---|
| */s/ Jonah A. Grossbardt* | */s/ Ronald P. Oines* |
| JONAH A. GROSSBARDT | RONALD P. OINES |
| MATTHEW L. ROLLIN | **RUTAN & TUCKER, LLP** |
| **SRIPLAW** | Attorneys for Defendant LabRoots, Inc |
| Attorneys for Plaintiff Minden Pictures, Inc. | |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT