**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
Minden Pictures,                 ) Case No. SACV 21-00870-JLS(JDEx)
                                 )
            Plaintiff(s),        ) ORDER STAYING ACTION PENDING FINAL
                                 ) SETTLEMENT, REMOVING CASE FROM
            v.                   ) ACTIVE CASELOAD, AND FILING OF
                                 ) DISMISSAL
Labroots, Inc,                   )
                                 )
            Defendant(s).        )
                                 )
_____)
```

On October 15, 2021 Plaintiff filed a Notice of Settlement (Doc. 21), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within thirty (30) days of this order.

The parties shall file a Stipulation of Dismissal no later than November 14, 2021 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action.

IT IS SO ORDERED.

DATED: October 18, 2021

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE